McGREGOR W. SCOTT
United States Attorney
JOHN R. MULROY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-po-00234-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | |
| | ) | |
| PETER LEE, | ) | DATE:  August 14, 2018 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00234-KJN without prejudice is GRANTED.

Dated:  August 14, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE